United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY THOMPSON,

    Plaintiff,

v.

SILVER CLUB, a Nevada corporation,

    Defendant

No. C-07-6371 MMC

**ORDER DISMISSING COMPLAINT; DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS**

By order filed December 27, 2007, the Court ordered plaintiff to show cause, no later than January 25, 2008, why the above-titled action should not be dismissed, without prejudice, for improper venue.

To date, plaintiff has not filed a response to the Court's order to show cause, nor has plaintiff filed any other document subsequent to the Court's order.

Accordingly, the above-titled action is hereby DISMISSED without prejudice for improper venue.[1]

**IT IS SO ORDERED.**

Dated: January 28, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff's application to proceed in forma pauperis was taken under submission to afford plaintiff the opportunity to address the question of venue. (See Order Directing Plaintiff to Show Cause Why Action Should not be Dismissed for Improper Venue, filed December 27, 2007 at n.1.)  Said application is hereby DENIED as moot.